No. 04–7585. WILSON v. HURLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–7586. CHILES v. JORDAN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 04–7587. CIAPRAZI v. NASSAU COUNTY, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–7588. CHAPA v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 3. Certiorari denied.

No. 04–7591. BEY v. YOUNG, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 04–7592. ALEXANDER v. CRAWFORD, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–7594. CAMACHO v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 04–7598. MARTINEZ v. RYAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–7599. COX v. MCDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–7600. DUVAL v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 04–7601. TURRENTINE v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 04–7602. VIOLET v. TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 04–7603. WYCHE v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–7604. THOMAS v. JONES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–7606. PUCKETT v. COSTELLO. C. A. 6th Cir. Certiorari denied.